UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ALMA ALICIA PRICILLA MUNOZ, | Case No.: 1:19-cv-01511-EPG |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |
| vs. | |
| ANDREW SAUL, | |
| Commissioner of Social Security, | **(ECF No. 14)** |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, by and through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to 205(g) of the Social Security Act, as amended. 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 29, 2020

By: */s/ Jonathan Omar Pena* *
JONATHAN OMAR PENA
Pena & Bromberg, Attorneys at Law
Attorney for Plaintiff
(*As authorized via telephone on June 29, 2020)

Dated: June 29, 2020        McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (ECF No. 14), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: **June 29, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE