UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ALMA ALICIA PRICILLA MUNOZ, | Case No. 1:19-cv-01511-EPG |
| Plaintiff, | ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| v. | 28 U.S.C. § 2412(d) |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 17) |
| Defendant. | |

   Based upon the parties' Stipulation for the Award of Attorney Fees under the Equal Access to Justice Act, (ECF No. 17),

   IT IS HEREBY ORDERED that fees and expenses in the amount of $4,577.08 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

   Dated:  **July 23, 2020**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE